No. 362. CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY *v.* UNITED STATES. October 24, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. F. W. Clements* and *Lawrence H. Cake* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Lisle A. Smith* for the United States.

No. 363. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* UNITED STATES. October 24, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. F. W. Clements* and *Lawrence H. Cake* for Petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Louis R. Mehlinger* for the United States.

No. 367. THE PEOPLE OF THE STATE OF ILLINOIS, OSCAR E. CARLSTROM, ATTORNEY GENERAL, AND JOHN C. FISHER, ET AL. *v.* ILLINOIS CENTRAL RAILROAD COMPANY AND SOUTHERN ILLINOIS AND KENTUCKY RAILROAD COMPANY. October 24, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Illinois denied. *Messrs. Harry E. Kelly* and *Oscar E. Carlstrom,* Attorney General of Illinois, for petitioners. *Messrs. Walter S. Horton, Edward C. Craig* and *Robert V. Fletcher* for respondents.

No. 368. AETNA INSURANCE COMPANY OF HARTFORD, CONNECTICUT; *v.* LICKING VALLEY MILLING COMPANY. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joseph V. Laurent* for petitioner. *Mr. S. D. Rouse* for respondent.